

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00348-CV

_____

CHARLOTTE CARROLL AND ROSALAND HENRY, Appellants

V.

SUN CHEMICAL CORPORATION, INC., INDIVIDUALLY AND AS SUCCESSOR
IN INTEREST TO HERITAGE INK AND US INK AND Q'SO, INC., Appellees

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-303167-18

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On October 23, 2019, and November 18, 2019, we notified appellants that the trial-court clerk responsible for preparing the record in this appeal has informed us that appellants have not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notices, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, appellants arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because appellants have not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  December 12, 2019